UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES - GENERAL

| Case No. | CV 07-4453- PSG (JCR) | Date | July 16, 2007 |
|---|---|---|---|

Title: DARRYL RANSOM v. BEN CURRY, WARDEN

Present: The Honorable John C. Rayburn, Jr., United States Magistrate Judge

| Deb Taylor | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None                                    None

**Proceedings:**   **IN CHAMBERS: ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

The Court is in receipt of Darryl Ransom's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2254 ("Petition") in the United States District Court for the Central District of California, filed on July 10, 2007.

Pursuant to 28 U.S.C. § 2254, this Court may entertain a habeas application on behalf of a person who is in custody pursuant to a state court judgment and in violation of the Constitution, laws, or treaties of the United States. A habeas petition filed pursuant to 28 U.S.C. § 2254 must be signed and verified under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242. Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts. The current Petition does not have the required signature. (*See* Pet. at 6(C), 8.) Accordingly, the Petition is DISMISSED WITH LEAVE TO AMEND.

If Petitioner desires to pursue a habeas corpus action challenging the denial of his parole, Petitioner shall file a First Amended Petition no later than by **July 31, 2007.** The First Amended Petition should clearly contain the words "FIRST AMENDED PETITION," must be completely and concisely filled out, and must be signed.

The Deputy Clerk of the Court is directed to send Petitioner a copy of the current Petition, together with blank copies of the forms required when filing a Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (Form CV-69).

DOCKETED ON CM
JUL 18 2007
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-4453- PSG (JCR) | Date | July 16, 2007 |
| Title | DARRYL RANSOM v. BEN CURRY, WARDEN | | |

Failure to comply with these requirements may result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order. Failure to sign the petition as discussed may also result in a recommendation that the action be dismissed.

**IT IS SO ORDERED.**

Initials of Preparer

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE. The copy of CV-69 PACKAGE.

DATED: 7/17/07

DEPUTY CLERK