Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: CV 07-4453-PSG (JCR)   Date: July 31, 2007

Title: DARRYL RANSOM v. BEN CURRY, WARDEN

Present: The Honorable JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE

| Debra Taylor | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

Not Present                                                           Not Present

**Proceedings:** (IN CHAMBERS) ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Petitioner's Motion for Appointment of Counsel is DENIED, without prejudice at this time. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728-29 (9th Cir. 1986). Petitioner is assured that the Court will liberally construe the pro se pleadings in this case. *See Maleng v. Cook*, 490 U.S. 488, 493 (1989); *Tatum v. Christensen*, 786 F.2d 959, 963 n.4 (9th Cir. 1985). If the Court determines that an evidentiary hearing is necessary, or otherwise determines that appointment of counsel is appropriate, the Court will reconsider Petitioner's request. *See Weygandt v. Look*, 718 F.2 952, 954 (9th Cir. 1983) (holding that appointment of counsel is required when the court determines that counsel is "necessary for the effective utilization of discovery procedures" or when "an evidentiary hearing is required.").

**IT IS SO ORDERED**

Initials of Preparer

DOCKETED ON CM
AUG - 1 2007
BY
164