EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Deputy Attorney General
KIM AARONS, State Bar No. 213480
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 525-4398
 Fax: (619) 645-2581
 Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RANSOM,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>BEN CURRY, WARDEN,<br><br>　　　　　　　　Petitioner. | 07-CV-04453-PSG (JCR)<br><br>NOTICE OF APPEARANCE<br><br>Judge: The Honorable<br>　　　　John Charles Rayburn, Jr. |

TO PETITIONER AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Deputy Attorney General Kim Aarons will be appearing on behalf of Respondent Ben Curry, Warden of the Correctional Training Facility at Soledad, California in the above-referenced matter.

///

///

///

///

///

1

1 | Counsel's address, phone number and fax number are listed above.
2 | Dated: August 9, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Deputy Attorney General

*/s/ Kim Aarons*

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

70097995.wpd
SD2007700801

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Ransom v. Curry**

Case No.:      **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>August 10, 2007</u>, I served the attached:

**NOTICE OF APPEARANCE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, CDC #E40704**
**Correctional Training Facility**
**P.O. Box 686**
**Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 10, 2007, at San Diego, California.

F. Terrones

_____        _____
Declarant                                        Signature

70098226.wpd