EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Deputy Attorney General
KIM AARONS, State Bar No. 213480
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 525-4398
 Fax: (619) 645-2581
 Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RANSOM,<br><br>                      Petitioner,<br><br>      v.<br><br>BEN CURRY, WARDEN,<br><br>                      Respondent. | CV 07-04453-PSG (JCR)<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR A SECOND EXTENSION OF TIME TO FILE HIS ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; SUPPORTING DECLARATION OF KIM AARONS**<br><br>Judge: The Honorable<br>        John Charles Rayburn, Jr. |

TO THE HONORABLE JOHN CHARLES RAYBURN, JR., UNITED STATES MAGISTRATE JUDGE, AND PETITIONER DARRYL RANSOM, IN PRO PER:

///

///

///

1

Respondent Ben Curry, Warden of the Correctional Training Facility at Soledad, California, respectfully applies for a second extension of time, through November 14, 2007, to file and serve the Answer to the Petition for Writ of Habeas Corpus. The Answer is currently due by October 15, 2007. This request is based on good cause as set forth in the attached declaration of Kim Aarons. A proposed order is being filed herewith.

Dated: October 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Deputy Attorney General

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

70103761.wpd
SD2007700801

# DECLARATION OF KIM AARONS

I, Kim Aarons, hereby declare and state:

1. I am an attorney at law, duly admitted and licensed to practice law in this Court. I am employed as a Deputy Attorney General for the State of California. In that capacity, I am the attorney representing Respondent in this matter. The following facts are based on my own personal knowledge, except for those facts based on information and belief, which I believe to be true. If called upon as a witness, I could and would competently testify about the following facts.

2. I have received one extension of time in this matter. The Answer is currently due on or before October 15, 2007.

3. I do not reasonably anticipate that I will be able to complete and file the Answer by the current due date because I have pleadings to complete in four state and federal habeas matters before I will be able to turn my attention to the present case. Specifically, I just began researching the relevant issues and drafting a motion to dismiss a federal habeas corpus petition in the matter of *Osby v. Salazar*, CV-07-4439-ODW (PLA), due on October 21, 2007, on a second extension of time. Once I complete the motion in *Osby*, I will complete responsive pleadings in the following state and federal habeas corpus matters: *Nestle v. Davison*, CV-07-4331-CAS (OP), response due on October 23, 2007, on a second extension of time; *In re Margo Johnson*, Cal. Ct. App. Case No. B196040, informal response due on October 26, 2007, on a second extension of time; and *Cowell v. Salazar*, Ninth Circuit Case No. 07-55923, answering brief due on November 9, 2007, on a second extension of time.

4. I have also filed pleadings in the following matters since the Court granted my first request for an extension of time: *Borbon v. Davison*, CV-07-04046-ABC (VBK); *In re Marco Marroquin*, Cal. Sup. Ct. Case No. S155588; *Eastman v. Marshall*, Ninth Circuit Case No. 07-56099; *Worline v. Salazar*, CV-07-03845-CJC (AJW); and *In re James Masoner*, Los Angeles County Super. Ct.

Case No. BH004852.

5. Accordingly, I am respectfully requesting an extension of time, through November 14, 2007, to file and serve the Answer to the Petition. I do not anticipate requesting any further extensions of time.

6. This request is made in good faith and is based on good cause as set forth above. The request is not made to harass Petitioner, to delay the outcome of this matter, or for any other improper purpose.

7. I do not believe that Petitioner will be prejudiced by a delay in the consideration of his claims. Allowing Respondent the brief amount of time required to prepare a proper response will serve the interests of justice without materially prejudicing or unduly benefitting either side.

8. Because Petitioner is in pro se and is presently incarcerated, I have not contacted him to ascertain whether he has any objection to this request. Petitioner will receive notice of this ex parte application by mail at the address he provided the Clerk of this Court.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed this 10th day of October, 2007 at San Diego, California.

KIM AARONS

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Ransom v. Curry**

Case No.:      **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>October 11, 2007</u>, I served the attached:

**RESPONDENT'S EX PARTE APPLICATION FOR A SECOND EXTENSION OF TIME TO FILE HIS ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; SUPPORTING DECLARATION OF KIM AARONS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, CDC #E40704**
**Correctional Training Facility**
**P.O. Box 686**
**Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 11, 2007, at San Diego, California.

F. Terrones
_____          _____
      Declarant                                Signature

70103895.wpd