EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Deputy Attorney General
KIM AARONS, State Bar No. 213480
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 525-4398
 Fax: (619) 645-2581
 Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL RANSOM,**<br><br>                Petitioner,<br><br>v.<br><br>**BEN CURRY, WARDEN,**<br><br>                Respondent. | CV 07-04453-PSG (JCR)<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR A THIRD EXTENSION OF TIME TO FILE HIS ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; SUPPORTING DECLARATION OF KIM AARONS**<br><br>Judge: The Honorable<br>       John Charles Rayburn, Jr. |

TO THE HONORABLE JOHN CHARLES RAYBURN, JR., UNITED STATES MAGISTRATE JUDGE, AND PETITIONER DARRYL RANSOM, IN PRO PER:

///

///

///

1

1  Respondent Ben Curry, Warden of the Correctional Training Facility at
2  Soledad, California, respectfully applies for a third extension of time, through
3  December 14, 2007, to file and serve the Answer to the Petition for Writ of Habeas
4  Corpus. The Answer is currently due by November 14, 2007. This request is
5  based on good cause as set forth in the attached declaration of Kim Aarons. A
6  proposed order is being filed herewith.
7  Dated: November 8, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Deputy Attorney General

*[signature]*

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

70106591.wpd
SD2007700801

## DECLARATION OF KIM AARONS

I, Kim Aarons, hereby declare and state:

1. I am an attorney at law, duly admitted and licensed to practice law in this Court. I am employed as a Deputy Attorney General for the State of California. In that capacity, I am the attorney representing Respondent in this matter. The following facts are based on my own personal knowledge, except for those facts based on information and belief, which I believe to be true. If called upon as a witness, I could and would competently testify about the following facts.

2. I have received two extensions of time in this matter. The Answer is currently due on or before November 14, 2007.

3. I need additional time because I have one previous assignment to complete before turning my attention to the present case. Earlier today, I began reviewing the records and drafting an answer to an amended petition for writ of habeas corpus in the matter of *Wyatt v. Sisto*, CV-07-636-GHK (E), due on November 21, 2007, on a third requested extension of time. I anticipate completing the draft answer in *Wyatt* by Friday, November 16, 2007, and I will then need to have the draft reviewed by a supervisor before formatting and filing the finalized version with this Court. In addition, my office will be closed in observance of Veteran's Day on November 12, 2007.

4. I have been unable to complete this assignment at an earlier date because of the recent wildfires in San Diego, and because of several previous assignments that required my immediate attention. Specifically, I was evacuated from my home on Sunday, October 21, 2007, and was unable to return until Thursday, October 25, 2007. I also missed several hours of work because my office was closed on Monday and Tuesday, October 22-23, 2007, and I took additional time off to return to my home on Thursday, October 25, 2007. Thus, my work on several assignments was postponed during that time.

5. In addition, within the past thirty days, I have completed the

following previously assigned responses to state and federal habeas corpus petitions: *Worline v. Salazar*, Case No. 07-CV-03845-CJC (AJW); *In re James Masoner*, Los Angeles County Super. Ct. Case No. BH004852; *Borbon v. Davison*, Case No. 07-CV-04046-ABC (VBK); *Osby v. Salazar*, Case No. CV-07-04439-ODW (PLA); *Nestle v. Davison*, Case No. CV 07-4331-CAS (OP); and *In re Margo Johnson,* Cal. Ct. of App. Case No B196040.

6. Accordingly, I am respectfully requesting an extension of time, through December 14, 2007, to file and serve the Answer to the Petition. I will not request any further extensions of time.

7. This request is made in good faith and is based on good cause as set forth above. The request is not made to harass Petitioner, to delay the outcome of this matter, or for any other improper purpose.

8. I do not believe that Petitioner will be prejudiced by a delay in the consideration of his claims. Allowing Respondent the brief amount of time required to prepare a proper response will serve the interests of justice without materially prejudicing or unduly benefitting either side.

9. Because Petitioner is in pro se and is presently incarcerated, I have not contacted him to ascertain whether he has any objection to this request. Petitioner will receive notice of this ex parte application by mail at the address he provided the Clerk of this Court.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed this 8th day of November, 2007 at San Diego, California.

KIM AARONS

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ransom v. Curry**

Case No.:    **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On November 9, 2007, I served the attached:

**RESPONDENT'S EX PARTE APPLICATION FOR A THIRD EXTENSION OF TIME TO FILE HIS ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; SUPPORTING DECLARATION OF KIM AARONS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, #E40704
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 9, 2007, at San Diego, California.

F. Terrones    /s/ F. Te_____
_____    _____
Declarant    Signature

70106607.wpd