LODGED

2007 NOV 13 PM 12: 43
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RANSOM,<br><br>        Petitioner,<br><br>  v.<br><br>BEN CURRY, WARDEN,<br><br>        Respondent. | CV 07-04453-PSG (JCR)<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>Judge: The Honorable<br>   John Charles Rayburn, Jr. |

  Respondent applied ex parte for an extension of time to file his Answer to the Petition for Writ of Habeas Corpus. For good cause having been shown, IT IS HEREBY

  **ORDERED** that Respondent shall file an Answer to the Petition on or before December 14, 2007.

  **ORDERED** that all other orders of this Court remain in full force and effect.

DATED: 11/13/07

_____
Hon. John Charles Rayburn, Jr.
United States Magistrate Judge

1

[PROPOSED] Order

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:      **Ransom v. Curry**

Case No.:       **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>November 9, 2007</u>, I served the attached:

**[PROPOSED] ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, #E40704
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 9, 2007, at San Diego, California.

| F. Terrones | *(signature)* |
|---|---|
| Declarant | Signature |

70106608.wpd