EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
KIM AARONS
Deputy Attorney General
State Bar No. 213480
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 525-4398
Fax: (619) 645-2581
Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

FILED
BY DEPUTY
DEC 14 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL RANSOM,** Petitioner, v. **BEN CURRY, WARDEN,** Respondent. | 07-CV-04453-PSG (JCR) **NOTICE OF LODGMENT** Judge: The Honorable John Charles Rayburn, Jr. |

PLEASE TAKE NOTICE that Respondent hereby lodges the following documents in support of Respondent's Answer to the Petition for Writ of Habeas Corpus, and supporting Memorandum of Points and Authorities:

///

///

///

///

///

///

I hereby attest and certify on JUL 21 2008 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By ______ Deputy

DOCKETED ON CM
DEC 14 2007
BY ______ 166

16

Lodgment 1 - Abstract of Judgment

Lodgment 2 - Information

Lodgment 3 - Parole Consideration Hearing Transcript

Lodgment 4 - Los Angeles County Superior Court Petition

Lodgment 5 - Los Angeles County Superior Court Order Denying Petition

Lodgment 6 - California Court of Appeal Petition

Lodgment 7 - California Court of Appeal Order Denying Petition

Lodgment 8 - California Supreme Court Petition

Lodgment 9 - California Supreme Court Order Denying Petition

Dated: December 13, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

KIM AARONS
Deputy Attorney General

Attorneys for Respondent

SD2007700801
70109596.wpd

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Ransom v. Curry**

Case No.: **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On December 13, 2007, I served the attached:

**NOTICE OF LODGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, CDC #E40704**
**Correctional Training Facility**
**P.O. Box 686**
**Soledad, CA 93960-0686**

***In Pro Per***

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 13, 2007, at San Diego, California.

| F. Terrones | [signature] |
|---|---|
| Declarant | Signature |

70109651.wpd