UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DARRYL RANSOM | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 07-CV-04453-PSG (JCR) |
| v. | |
| BEN CURRY, Warden | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Lodgment 10 - Plea Agreement, Los Angeles County Superior Court Case No. A-906887
Lodgment 11 - Minute Order re: Please Agreement, Los Angeles County Superior Court Case No. A-906887

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Lodgments

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Filed Pursuant to 28 U.S.C. §2254

January 15, 2008                               Kim Aarons
Date                                           Attorney Name
                                               Respondent
                                               Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                      NOTICE OF MANUAL FILING

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Ransom v. Curry**

Case No.:      **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On January 15, 2008, I served the attached:

**NOTICE OF MANUAL FILING**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, #E40704
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at San Diego, California.

F. Terrones
_____        _____
        Declarant                              Signature

70112000.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  KIM AARONS
   Deputy Attorney General
6  State Bar No. 213480
       110 West A Street, Suite 1100
7      San Diego, CA 92101
       P.O. Box 85266
8      San Diego, CA 92186-5266
       Telephone: (619) 525-4398
9      Fax: (619) 645-2581
       Email: Kim.Aarons@doj.ca.gov
10
   Attorneys for Respondent
11
                IN THE UNITED STATES DISTRICT COURT
12
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

| DARRYL RANSOM, | 07-CV-04453-PSG (JCR) |
|---|---|
| Petitioner, | **SUPPLEMENTAL NOTICE OF LODGMENT** |
| v. | |
| BEN CURRY, WARDEN, | Judge:  The Honorable |
| Respondent. | John Charles Rayburn, Jr. |

PLEASE TAKE NOTICE that, pursuant to footnote 8 of Respondent's Memorandum of Points and Authorities in Support of the Answer to the Petition for Writ of Habeas, Respondent hereby lodges the following documentation of Petitioner's plea agreement:[1/]

///

///

///

///

---

1. Respondent was unable to obtain a copy of Petitioner's plea hearing transcript.

1 | Lodgment 10 - Plea Agreement, Los Angeles County Superior Court
2 | Case No. A-906887
3 | Lodgment 11 - Minute Order re: Plea Agreement, Los Angeles County
4 | Superior Court Case No. A-906887
5 | Dated: January 15, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/s/ Kim Aarons

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

SD2007700801
70111708.wpd

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:     **Ransom v. Curry**

Case No.:      **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On January 15, 2008, I served the attached:

**SUPPLEMENTAL NOTICE OF LODGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, #E40704**
**Correctional Training Facility**
**P.O. Box 686**
**Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at San Diego, California.

| F. Terrones | *signature* |
|---|---|
| Declarant | Signature |

70112001.wpd