EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
KIM AARONS
Deputy Attorney General
State Bar No. 213480
  110 West A Street, Suite 1100
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 525-4398
  Fax: (619) 645-2581
  Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RANSOM,<br><br>                              Petitioner,<br><br>   v.<br><br>BEN CURRY, WARDEN,<br><br>                            Respondent. | 07-CV-04453-PSG (JCR)<br><br>**SUPPLEMENTAL NOTICE OF LODGMENT**<br><br>Judge:   The Honorable<br>              John Charles Rayburn, Jr. |

    PLEASE TAKE NOTICE that, pursuant to footnote 8 of Respondent's Memorandum of Points and Authorities in Support of the Answer to the Petition for Writ of Habeas, Respondent hereby lodges the following documentation of Petitioner's plea agreement:[1]

///

///

///

///

---

    1.  Respondent was unable to obtain a copy of Petitioner's plea hearing transcript.

1   Lodgment 10 - Plea Agreement, Los Angeles County Superior Court
2   Case No. A-906887
3   Lodgment 11 - Minute Order re: Plea Agreement, Los Angeles County
4   Superior Court Case No. A-906887
5   Dated: January 15, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DANE R. GILLETTE
        Chief Assistant Attorney General

        JULIE L. GARLAND
        Senior Assistant Attorney General

        HEATHER BUSHMAN
        Supervising Deputy Attorney General

        /s/ Kim Aarons

        KIM AARONS
        Deputy Attorney General
        Attorneys for Respondent

SD2007700801
70111708.wpd

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Ransom v. Curry**

Case No.:      **07-CV-04453-PSG (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On January 15, 2008, I served the attached:

**SUPPLEMENTAL NOTICE OF LODGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Darryl Ransom, #E40704
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at San Diego, California.

F. Terrones
Declarant

Signature

70112001.wpd