```
Darryl Ransom E-40704
P. O. Box 689, (FW-315-Up)
Soledad, California.
Zip. 93960-0689

IN  PRO  SE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re Darryl Ransom, (Petitioner) | Case No. CV 07-04453-PSG (JCR) |
| v. | REQUEST FOR JUDICIAL NOTICE |
| Ben Curry, (Warden) (A) (Respondent) | Judge: Hon. John Charles Rayburn, Jr. U. S. MAGISTRATE JUDGE. |

TO THE HONORABLE JUDGE _____, UNITED STATES DISTRICT COURT JUDGE FOR THE CENTRAL DISTRICT AND THE HONORABLE John C. Rayburn, Jr. MAGISTRATE JUDGE.

Ransom (Petitioner), respectfully requests that this Honorable Court take Judicial Notice of the January 3, 2007, Ninth Circuit decision in the matter of the life term prisoner **Ronald Hayward v. John Marshall**, pursuant to Federal Rule of Appellate Procedure 28(J). The issues presented and decided in that case are similar and have bearing in Ransom's present case before this Honorable Court filed on _____ 2007.

Date: January 15, 2008

Respectfully submitted,

Darryl Ransom
(Petitioner)
IN PRO SE

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, __Darryl Ransom_____, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

__Darryl Ransom_____, CDCR #: __E-40704__
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: __(FW-315-Up)__
SOLEDAD, CA 93960-0689.

On __January 15, 2008_____, I served the attached:

REQUEST FOR JUDICIAL NOTICE.
_____

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

United States District Court of California
Central District of California
312 N. Spring, Street, #: (G-8)
Los Angeles, California.
Zip.   90012-4793

Attorney General Office
P. O. Box 85266
San Diego, California.
Zip.   92186-5266

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __January 15, 2008__.

_/s/ Darryl Ransom_
Darryl Ransom
Declarant