

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Reassignment of Cases )
from the Calendar )
)
Of )
)
Magistrate Judge )
John C. Rayburn, Jr. )
)

CV 07-04453 PSG (CT)

ORDER OF THE CHIEF MAGISTRATE JUDGE

08  058

Due to the impending resignation of Magistrate Judge John C. Rayburn, Jr., the following cases have been randomly reassigned to Magistrate Judge Carolyn Turchin, for all further proceedings:

| | | | |
|---|---|---|---|
| CV 06 | 03712 | PSG(JCR) | Rennie Hurtado v. David L. Runnels et al |
| CV 06 | 04551 | JSL(JCR) | Christopher R. Greenlee v. Jeanne S. Woodford |
| CV 07 | 04453 | PSG(JCR) | Darryl Ransom v. Ben Curry |
| ED 06 | 00677 | SGL(JCR) | Ernest Rodney Truman III v. G.J. Giurbino |
| ED 06 | 01226 | RGK(JCR) | Herminio Aguilar-Contreras v. V.M. Almeger |

On all documents subsequently filed in this case, please substitute the Magistrate Judge initials ( CT) after the case number in place of the initials of the prior Magistrate judge.

Dated: July 2, 2008

Stephen J. Hillman,
Chief U.S. Magistrate Judge