UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RANSOM,<br><br>      Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>      Respondent. | No. CV 07-4453-PSG(CT)<br><br>ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

    In his federal petition for writ of habeas corpus, petitioner Darryl Ransom ("petitioner"), in state custody and proceeding pro se, challenges the California Board of Parole Hearings' denial of parole. (Am. Pet. at 2, 5-6(B)). Petitioner is incarcerated at the Correctional Training Facility in Soledad, which is located within Monterey County, California. (Am. Pet. at 1, 2). Monterey County lies within the venue of the Northern District of California. 28 U.S.C. §84(a).

    Venue is proper in a habeas action in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). However, where a petitioner challenges the manner in which his sentence is being executed, e.g., parole or time credits claims, the district of confinement is the preferable forum. See Dunne v.

Henman, 875 F.2d 244, 249 (9th Cir. 1989). As Monterey County lies in the Northern District, the court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a), and in the interests of justice, this action be TRANSFERRED to the United States District Court for the Northern District of California, and that the clerk of this court shall effect such transfer.

Consequently, the reference to the magistrate judge is VACATED, and IT IS FURTHER ORDERED that the clerk shall serve a copy of this order on all counsel or parties of record.

DATE: 7/18/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**  Clerk, United States District Court
_____ District of _____

**Re:**  Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐  Original case file documents are enclosed in paper format.
☐  Electronic Documents are accessible through Pacer.
☐  Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____    By _____
                                                     Deputy Clerk

*cc:*  *All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐  CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐  CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐  CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
                                                     Deputy Clerk

CV-22 (05/08)    **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**