

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

ORIGINAL FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3571 CW

To:    Clerk, United States District Court
       NORTHERN District of CALIFORNIA
       Phillip Burton United States Courthouse, 16th Fl.
       450 Golden Gate Ave., San Francisco, CA 94102-3434

Re:    Transfer of our Civil Case No. CV 07-04453-PSG-(CT)

       Case Title: DARRYL RANSOM v. BEN CURRY, WARDEN

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☑ Other:   Document's 1, 2, 4, 5, 8, 9, 11, 13, 15, 16 are enclosed in paper format. Documents 3, 6, 7, 10, 12, 14, 17-22 are accessible through Pacer.

Very truly yours,

Clerk, U.S. District Court

Date: July 21, 2008                By   Celia Anglon-Reed
                                        Deputy Clerk

2008 JUL 30 PM 2:36 FILED CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

cc:    All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☑  CivilIntakecourtdocs-LA@cacd.uscourts.gov     (Los Angeles Office)
☐  CivilIntakecourtdocs-RS@cacd.uscourts.gov     (Riverside Office)
☐  CivilIntakecourtdocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case Number: _____

                                       Clerk, U.S. District Court

Date: _____      By _____
                                       Deputy Clerk

CV-22 (05/08)              **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**