

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court
         _____ District of _____
         _____
         _____

**Re:**   Transfer of our Civil Case No. _____
         Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____
         _____

                              Very truly yours,

                              Clerk, U.S. District Court

Date: _____     By _____
                                Deputy Clerk

*cc:*   All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

                              Clerk, U.S. District Court

Date: _____     By _____
                                Deputy Clerk