# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07−cv−04453−PSG−CT

| | |
|---|---|
| Darryl Ransom v. Ben Curry | Date Filed: 07/10/2007 |
| Assigned to: Judge Philip S. Gutierrez | Date Terminated: 07/18/2008 |
| Referred to: Magistrate Judge Carolyn Turchin | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **Darryl Ransom** | represented by | **Darryl Ransom** <br> CDC E−40704 <br> Correctional Training Facility−Central <br> FW−315−Low <br> P O Box 689 <br> Soledad, CA 93960−0689 <br> PRO SE |

V.

**Respondent**

| | | |
|---|---|---|
| **Ben Curry** <br> *Warden (A)* | represented by | **Kim Aarons** <br> CAAG – Office of Attorney General of California <br> 110 West A Street Suite 1100 <br> San Diego, CA 92101 <br> 619−525−4398 <br> Email: kim.aarons@doj.ca.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2007 | Ï 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Philip S. Gutierrez and referred to Magistrate Judge John Charles Rayburn, Jr.(Filing fee $ 5.)Fee Due, filed by Petitioner Darryl Ransom.(bb) (Entered: 07/13/2007) |
| 07/10/2007 | Ï 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Philip S. Gutierrez and referred to Magistrate Judge John Charles Rayburn, Jr to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (bb) (Entered: 07/13/2007) |
| 07/16/2007 | Ï 3 | MINUTES OF IN CHAMBERS ORDER DISMISSING PETITION WITH LEAVE TO AMEND held before Judge John Charles Rayburn Jr. re: Petition for Writ of Habeas Corpus (2254) 1 . If Petitioner desires to pursue a habeas corpus action challenging the denial of his parole, Petitioner shall file a First Amended Petitoin no later than 7/31/07. The First Amended Petition should clearly contain the words "FIRST AMENDED PETITION" must be completely |

| | | |
|---|---|---|
| | | and concisely filled out, and must be signed.(am) (Entered: 07/18/2007) |
| 07/27/2007 | Ï 4 | FIRST AMENDED PETITON FOR WRIT OF HABEAS CORPUS against Respondent Ben Curry amending Petition for Writ of Habeas Corpus (2254) 1 ,filed by Petitioner Darryl Ransom. (et) (Entered: 08/01/2007) |
| 07/27/2007 | Ï 5 | EX PARTE MOTION for Assignment of Counsel, and supporting Memorandum of Points and Authorities and declaration filed by Petitioner Darryl Ransom. (et) (Entered: 08/01/2007) |
| 07/31/2007 | Ï 6 | ORDER REQUIRING RESPONSE TO PETITION 1 (See document for details), by Judge John Charles Rayburn Jr. (de) (Entered: 08/01/2007) |
| 07/31/2007 | Ï 7 | MINUTES: (IN CHAMBERS) ORDER DENYING PETITIONERS MOTION FOR APPOINTMENT OF COUNSEL 5 without prejudice (See document for details), by Judge John Charles Rayburn Jr. (de) (Entered: 08/01/2007) |
| 08/13/2007 | Ï 8 | NOTICE of Appearance filed by attorney Kim Aarons on behalf of Respondent Ben Curry. (et) (Entered: 08/14/2007) |
| 08/13/2007 | Ï | FAX number for Attorney Kim Aarons is 619−645−2581. (et) (Entered: 08/14/2007) |
| 09/12/2007 | Ï 9 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Answer filed by respondent Ben Curry. Lodged proposed order.(dts) (Entered: 09/13/2007) |
| 09/13/2007 | Ï 10 | ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION by Judge John Charles Rayburn Jr., re EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File 9 ANSWER DUE BY 10/15/07(dts) (Entered: 09/13/2007) |
| 10/12/2007 | Ï 11 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File ANSWER filed by RESPONDENT Ben Curry. Lodged PROPOSED ORDER.(dts) (Entered: 10/12/2007) |
| 10/12/2007 | Ï 12 | ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER by Judge John Charles Rayburn Jr., re EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File 11 Answer due by 11/14/07. (dts) (Entered: 10/12/2007) |
| 11/13/2007 | Ï 13 | APPLICATION for Extend Time to File Answer to 12/14/2007 re Amended Petition for Writ of Habeas Corpus 4 filed by Respondent Ben Curry. (cys) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 14 | ORDER by Judge John Charles Rayburn Jr., re APPLICATION for Extend Time to File Answer to 12/14/2007 re Amended Petition for Writ of Habeas Corpus 4 13 (dts) (Entered: 11/14/2007) |
| 12/14/2007 | Ï 15 | ANSWER to Amended Petition for Writ of Habeas Corpus 4 filed by Respondent Ben Curry.(dts) (Entered: 12/14/2007) |
| 12/14/2007 | Ï 16 | NOTICE OF LODGING filed by Respondent Ben Curry. (dts) (Entered: 12/14/2007) |
| 01/07/2008 | Ï 17 | TRAVERSE to Amended Petition for Writ of Habeas Corpus 4 filed by Petitioner Darryl Ransom. (dts) Modified on 1/16/2008 (dts, ). (Entered: 01/10/2008) |
| 01/15/2008 | Ï 18 | NOTICE of Manual Filing filed by Respondent Ben Curry of Lodgments. (Attachments: # 1 Supplement Notice of Lodgment)(Aarons, Kim) (Entered: 01/15/2008) |
| 01/15/2008 | Ï 19 | NOTICE OF LODGING filed *Supplemental Notice of Lodgment* (Aarons, Kim) (Entered: 01/15/2008) |
| 01/22/2008 | Ï 20 | REQUEST FOR JUDICIAL NOTICE filed by PETITIONER Darryl Ransom. (dts) (Entered: 01/28/2008) |

| | | |
|---|---|---|
| 07/02/2008 | 21 | ORDER OF THE CHIEF MAGISTRATE JUDGE – OCMJ# 08–58 by Magistrate Judge Stephen J. Hillman. Pursuant to the recommended procedure adopted by the Court for the impending resignation of Magistrate Judge John C. Rayburn, Jr., this case is transferred from the calendar of Magistrate Judge John Charles Rayburn, Jr. to the calendar of Magistrate Judge Carolyn Turchin for all further proceedings authorized by statute, local rules and general orders. All documents subsequently filed shall bear this new case designation CV 07–04453 PSG (CT) absent further order of the Court. (cys) (Entered: 07/10/2008) |
| 07/18/2008 | 22 | ORDER by Judge Philip S. Gutierrez Transferring Case to United States District Court for the Northern District of California. Original document's 1, 2, 3, 4, 5, 8, 9, 11, 13, 15 are enclosed in paper formant. Document's 3, 6, 17, 10, 12, 14, 17–22 are accessible through Pacer. Docket sheet sent. (MD JS–6. Case Terminated.) (Attachments: # 1 Letter) (ca) (Entered: 07/21/2008) |
| 07/30/2008 | 23 | RECEIPT of Documents 1, 2, 4, 5, 8, 9, 11, 13, 15, 16 paper format and Documents 3, 6, 7, 10, 12, 14, 17–22 through Pacer sent to Northern District of California. Case number assigned in the receiving district: CV 08–3571 CW (ir) (ir). (Entered: 07/31/2008) |
| 08/01/2008 | 24 | Letter transferring notice of lodge document's to the N/D of Califonia re Notice of Lodging 16 . (ca) (Entered: 08/01/2008) |

Case 4:08-cv-03571-CW    Document 25    Filed 07/25/2008    Page 3 of 3