**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

————————

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

August 7, 2008

CASE TITLE:      DARRYL RANSOM-v-BEN CURRY  
RECEIVED FROM: Central District of California - CV-07-4453-PSG-(CT)

CASE NUMBER:    CV 08-03571 CW

TO COUNSEL OF RECORD:

      The above entitled action has been transferred to this District.  All future filings should reflect case number CV-08-3571-CW.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      *[signature: Clara Pierce]*

      by:  Clara Pierce  
      Case Systems Administrator